UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL DAVID WILLIAMS,                    Case No.: 22-11382

                     Plaintiff,          David M. Lawson
v.                                                        United States District Judge

BETHESDA SOFTWORKS,                      Curtis Ivy, Jr.
                                                          United States Magistrate Judge

                   Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL RESPONSE (ECF No. 15) AND DENYING DEFENDANT'S MOTION TO STRIKE RESPONSE AS MOOT (ECF No. 16)

On June 28, 2022, Defendant Bethesda Softworks moved to dismiss.  (ECF No. 5).  This matter was referred to the undersigned for all pretrial matters.  (ECF No. 7).  The response to the motion to dismiss was due by July 28, 2022, and Defendant's reply was due by August 11, 2022.  (ECF No. 8).  Plaintiff timely responded (ECF No. 9) and Defendant timely replied (ECF No. 12).  Plaintiff then filed another response to Defendant's motion to dismiss.  (ECF No. 15).  Defendant moved to strike Plaintiff's supplemental response.  (ECF No. 16).

Each motion and response must be accompanied by only a single brief, unless otherwise permitted by the court.  E.D. Mich. L.R. 7.1(d)(1)(A).  Plaintiff did not obtain leave of court before filing his supplemental response to defendant's

motion to dismiss.  Plaintiff's supplemental response to defendant's motion to dismiss (ECF No. 16) was improper.

For this reason, Plaintiff's response to defendant's motion to dismiss (ECF No. 15) will be **STRICKEN** from the record.  Defendant's motion to strike Plaintiff's response to motion to dismiss (ECF No. 16) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Review of this Order is governed by Federal Rule of Civil Procedure 72 and Local Rule 72.1.

Date: October 12, 2022                    s/Curtis Ivy, Jr.
                                          Curtis Ivy, Jr.
                                          United States Magistrate Judge


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 12, 2022, by electronic means and/or ordinary mail.

                                          s/Kristen MacKay
                                          Case Manager
                                          (810) 341-7850

2